UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-88-RJC
(3:15-cr-121-RJC-DSC-15)

| | |
|---|---|
| NERIS GUTIERREZ, | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on its own motion following notification from Petitioner's counsel that Petitioner's current location prevents counsel from meeting with Petitioner more than thirty days before the evidentiary hearing in this matter, currently scheduled on November 27, 2017, at 9:45 a.m. This Order hereby amends the Court's prior order, Doc. No. 6, entered on October 12, 2017, to the extent that Petitioner's counsel is hereby relieved from the obligation to meet with Petitioner no less than thirty days before the scheduled hearing.

**IT IS SO ORDERED.**

Signed: October 26, 2017

Robert J. Conrad, Jr.
United States District Judge

1